# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:12-cv-00413-LDG (VCF) |
| v. | **ORDER** |
| BACARA PARTNERS, LLC, | |
| Defendant. | |

The United States filed an unopposed motion to stay (#7), subsequent to which the parties filed a stipulation to stay (#12) which this Court granted (#13). Accordingly,

THE COURT **ORDERS** that the unopposed Motion to Stay (#7) is DENIED as moot.

DATED this ____ day of November, 2012.

_____
Lloyd D. George
United States District Judge