KATHRYN KENEALLY
Assistant Attorney General
Tax Division

BENJAMIN J. TOMPKINS
KATHERINE WALSH
GEOFFERY J. KLIMAS
VIRGINIA CRONAN LOWE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:     (202) 514-5885 (Mr. Tompkins)
               (202) 353-7205 (Ms. Walsh)
               (202) 307-6484 (Ms. Lowe)
               (202) 307-6346 (Mr. Klimas)
Facsimile:     (202) 514-9868
Email:         Benjamin.L.Tompkins@usdoj.gov
               Katherine.Walsh@usdoj.gov
               VirginiaCronan.Lowe@usdoj.gov
               Geoffrey.J.Klimas@usdoj.gov

Of counsel:    Daniel G. Bogden
               United States Attorney
               District of Nevada
               333 Las Vegas Boulevard South
               Suite 5000
               Las Vegas, NV 89101

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BACARA PARTNERS, LLC,<br><br>　　　　　Defendant. | 2:12-cv-00413-LDG-VCF<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, United States of America, and Defendant, Bacara Partners, LLC, by their undersigned attorneys, stipulate to dismiss the above-referenced action with prejudice.  Each party shall bear its own costs and attorneys' fees.

DATED this 24th day of April, 2013.

THE UNDERSIGNED COUNSEL AGREE TO THE FOREGOING ORDER ON BEHALF OF THEIR RESPECTIVE CLIENTS.

KATHRYN KENEALLY
Assistant Attorney General Tax Division

/s/ Benjamin L. Tompkins
BENJAMIN L. TOMPKINS
KATHERINE P. WALSH
GEOFFREY J. KLIMAS
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, DC  20044
202 514-5885 (Mr. Tompkins)
202 353-7205 (Ms. Walsh)
202 307-6346 (Mr. Klimas)
Fax:  202 514-9868
Benjamin.L.Tompkins@usdoj.gov
Katherine.Walsh@usdoj.gov
Geoffrey.J.Klimas@usdoj.gov

*Counsel for the Plaintiff,*
*United States of America*


LAW OFFICE OF MELANIE HILL

 /s/ Melanie A. Hill (w/ permission via email)
MELANIE A. HILL, ESQ.
Nevada Bar No. 8796
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89131
Tel.: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com

Attorney for Defendant Bacara Partners, LLC

ORDER

IT IS SO ORDERED

DATED this 24 day of April, 2013.

_____
Lloyd D. George
Sr. U.S. District Judge